IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRA HUDSON, PAMELA WILLIAMS and NATOYA JOHNSON On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-02264-JAM-CKD<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge: Honorable John A. Mendez<br>Complaint Filed: November 2, 2015 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Audra Hudson ("Hudson"), Pamela Williams ("Williams"), and Natoya Johnson ("Johnson") (collectively, "Plaintiffs") and Defendant Ontel Products Corporation ("Defendant" or "Ontel") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to a voluntary dismissal of these Plaintiffs' claims asserted against Ontel in the above-captioned matter with prejudice.  Each party shall bear its own attorney's fees and costs.

Dated: August 31, 2016          Respectfully submitted,

                                SHEPHERD, FINKELMAN, MILLER &
                                   SHAH, LLP


                                 /s/James C. Shah
                                James C. Shah (SBN 260435)
                                SHEPHERD, FINKELMAN, MILLER &
                                   SHAH, LLP
                                401 West A Street, Suite 2550
                                San Diego, CA 92101
                                Telephone: (619) 235-2416
                                Facsimile: (866) 300-7367
                                Email: jshah@sfmslaw.com


                                *Attorneys for Plaintiffs and the Proposed Class*

1 | Dated: August 31, 2016          BESHADA FARNESE LLP

/s/ Peter J. Farnese
Peter J. Farnese (SBN 251204)
10250 Constellation Blvd., Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 525-3593
Facsimile:  (310) 388-1232
Email:  pif@beshadafarneselaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system and, by so doing, served all counsel of record electronically.

            s/ James C. Shah
             James C. Shah